W. H. CALVERT *v.* JOHN F. MORSE.

New Trial—Weight of Evidence—Newly Discovered Evidence.
    The verdict of a jury will not be set aside unless it is palpably against the weight of the evidence. Newly discovered evidence, which is merely cumulative, is not sufficient.

APPEAL FROM CALDWELL CIRCUIT COURT.

December 8, 1871.

OPINION OF THE COURT BY JUDGE LINDSAY:

Appellant makes no objection to the instructions given by the court to the jury. The verdict cannot be said to be palpably against the weight of the evidence. It was the province of the jury to weigh all the facts and circumstances detailed by the proof and their finding will not be disturbed except in cases in which it is palpably wrong. The newly discovered testimony is merely cumulative and we are not prepared to decide that in case it had been before the jury a different result would have been produced. We concur with the circuit court in its action in overruling the motion for a new trial.

Judgment affirmed.

*Calvert,* for appellant.
*Marble & Son,* for appellee.